

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2014

No. 04-13-00263-CV

Kimberly **BROOKS**,
Appellant

v.

Shawn **BROOKS**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17320
Honorable Richard Price, Judge Presiding

# O R D E R

    Appellee's Unopposed Motion to Expedite Appeal is GRANTED and the appeal will be set for submission and considered by the court at the earliest possible date.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

